*3*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 3:21-cr-20459<br>Judge: Cleland, Robert H.<br>MJ: Grand, David R.<br>Filed: 07-14-2021<br>INDI USA VS BANES (DP) |
| Plaintiff, | |
| v. | VIO:  18 U.S.C. § 111(a), (b) |
| ROWLAND TODD BANES, | |
| Defendant. | |
| _____/ | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 111(a), (b)
*Assaulting a Federal Officer Using a Deadly or Dangerous Weapon*

On or about May 27, 2020, in the Eastern District of Michigan, the

defendant, Rowland BANES, did, knowingly and intentionally, forcibly assault,

resist, oppose, impede, intimidate, and interfere with J.H., a Special Agent of the

Federal Bureau of Investigation, a person designated in Section 1114 of Title 18,

United States Code, while J.H. was engaged in the performance of his official

duties, and in doing so, BANES did use a deadly and dangerous weapon, to wit, a

firearm; in violation of 18 U.S.C. § 111(a), (b).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d), 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461.

As a result of the foregoing violation, as charged in Count One of this Indictment, the defendant shall forfeit to the United States any firearm or ammunition involved in or used in his knowing violation of 18 U.S.C. § 111(a), (b).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN C. COATS
Chief, Major Crimes

*s/ Meghan Sweeney Bean*
MEGHAN SWEENEY BEAN
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0214
meghan.bean@usdoj.gov

Dated: July 14, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** MSB |

**Case Title:** USA v. Rowland Todd Banes

**County where offense occurred :** Wayne

**Check One:**    ☒ Felony      ☐ Misdemeanor      ☐ Petty

   ✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:**    ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 14, 2021
Date

Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0214
Fax: 313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.